BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIGY RECEIVABLES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREG K. BRANNSTROM AKA GREGER ) <br> Y. BRANNSTROM AKA GREG Y. ) <br> BRANNSTROM AKA GREG ) <br> BRANNSTROM AKA GREG YNGVE ) <br> BRANNSTROM; EVA BRANNSTROM ) <br> AKA EVA A. BRANNSTROM; UNITED ) <br> STATES OF AMERICA; COMMERCIAL ) <br> TRADE, INC.; and DOES 1 through 25, ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> ) | 1:10-cv-2114-AWI-JLT <br><br> **STIPULATION TO DISMISS; ORDER THEREON** |

Plaintiff Credigy Receivables, Inc. ("Plaintiff") and Defendant United States of America ("United States"), by and through undersigned counsel, and Defendants Greg K. Brannstrom and Eva Brannstrom (collectively "Brannstrom"), stipulate that the case be dismissed without prejudice and the parties will bear their own costs and fees, if any, arising from this action. The parties request the Court endorse this stipulation by way of formal order.

//

//

//

1
STIPULATION TO DISMISS;[PROPOSED ORDER]

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: October 13, 2011 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/Jeffrey J. Lodge<br>JEFFREY J. LODGE<br>Assistant U.S. Attorney<br>Attorneys for Defendant<br>United States of America |
| Dated: October 13, 2011 | | PHOENIX LAW GROUP, CORP. |
| | By: | /s/Ian Willens<br>IAN WILLENS, Esq.<br>Attorneys for Plaintiff<br>Credigy Receivables, Inc. |
| Dated: October 20, 2011 | | |
| | By: | /s/Greg K. Brannstrom<br>GREG K. BRANNSTROM<br>Defendant |
| Dated: October 20, 2011 | | |
| | By: | /s/Eva Brannstrom<br>EVA BRANNSTROM<br>Defendant |

## ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of the stipulation set forth above, the case is without prejudice.

IT IS SO ORDERED.

Dated:   October 26, 2011                               _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE