1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant United States of America

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 CREDIGY RECEIVABLES, INC.,            )   1:10-cv-2114-AWI-JLT
                                         )
12            Plaintiff,                 )
                                         )
13       v.                              )
                                         )
14 GREG K. BRANNSTROM AKA GREGER         )   **STIPULATION TO DISMISS; ORDER**
   Y. BRANNSTROM AKA GREG Y.             )   **THEREON**
15 BRANNSTROM AKA GREG                   )
   BRANNSTROM AKA GREG YNGVE             )
16 BRANNSTROM; EVA BRANNSTROM            )
   AKA EVA A. BRANNSTROM; UNITED         )
17 STATES OF AMERICA; COMMERCIAL         )
   TRADE, INC.; and DOES 1 through 25,   )
18 inclusive,                            )
                                         )
19            Defendants.                )
                                         )
20

21       Plaintiff Credigy Receivables, Inc. ("Plaintiff") and Defendant United States of America

22 ("United States"), by and through undersigned counsel, and Defendants Greg K. Brannstrom and

23 Eva Brannstrom (collectively "Brannstrom"), stipulate that the case be dismissed without

24 prejudice and the parties will bear their own costs and fees, if any, arising from this action. The

25 parties request the Court endorse this stipulation by way of formal order.

26 //

27 //

28 //

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: October 13, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/Jeffrey J. Lodge<br>JEFFREY J. LODGE<br>Assistant U.S. Attorney<br>Attorneys for Defendant<br>United States of America |
| Dated: October 13, 2011 | PHOENIX LAW GROUP, CORP. |
| | By:  /s/Ian Willens<br>IAN WILLENS, Esq.<br>Attorneys for Plaintiff<br>Credigy Receivables, Inc. |
| Dated: October 20, 2011 | |
| | By: /s/Greg K. Brannstrom<br>GREG K. BRANNSTROM<br>Defendant |
| Dated: October 20, 2011 | |
| | By:  /s/Eva Brannstrom<br>EVA BRANNSTROM<br>Defendant |

## ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of the stipulation set forth above, the case is without prejudice.

IT IS SO ORDERED.

Dated:   October 26, 2011                                                    _____
                                                                                                 CHIEF UNITED STATES DISTRICT JUDGE